IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /XC. D.C.

05 SEP 29 PM 3: 10

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| WOODROW J. HAWKINS,<br><br>    Plaintiff,<br><br>v.<br><br>ROSALINE MCGEE, et al.,<br><br>    Defendants. | JUDGMENT IN A CIVIL CASE<br><br><br><br>CASE NO: 05-2111 Ml/V |

### JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court for consideration, the issues having been considered, and a decision rendered,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Leave to Proceed in Forma Pauperis, Order Denying Motion for Appointment of Counsel, Order of Dismissal, Order Certifying Appeal Not Taken in Good Faith, and Notice of Appellate Filing Fee, entered September 29, 2005, this case is DISMISSED.

APPROVED:

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT COURT

Sept. 29, 2005
Date

THOMAS M. GOULD
Clerk of Court

/s/ Judy Cershy
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  9-29-05

(4)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02111 was distributed by fax, mail, or direct printing on September 29, 2005 to the parties listed.

---

Woodrow Jerry Hawkins
21 Neely Street
Apt. #1313
Memphis, TN 38105

Honorable Jon McCalla
US DISTRICT COURT